950

No. 683. OLBERDING, DOING BUSINESS AS VESS TRANS-
FER CO., ET AL. v. ILLINOIS CENTRAL RAILROAD CO., INC.
C. A. 6th Cir. Certiorari granted. *William C. Welborn*
and *Milford M. Miller* for petitioners. *James G. Wheeler,
Joseph H. Wright* and *Chas. A. Helsell* for respondent.

No. 651. SCHENNAULT v. UNITED STATES. C. A. 7th
Cir. Certiorari denied. *George F. Callaghan* for peti-
tioner. *Acting Solicitor General Stern, Beatrice Rosen-
berg* and *J. F. Bishop* for the United States.

No. 655. BIGELOW ET AL. v. LOEW'S INCORPORATED.
C. A. 7th Cir. Certiorari denied. *Thomas C. McCon-
nell* for petitioners. *Miles G. Seeley* for respondent.

No. 664. NATIONAL FRUIT PRODUCTS CO., INC. v.
UNITED STATES. C. A. 4th Cir. Certiorari denied. *John
W. Riely* for petitioner. *Acting Solicitor General Stern,
Assistant Attorney General Holland, Ellis N. Slack* and
*Helen Goodner* for the United States.

No. 666. MARTIN WUNDERLICH CO. ET AL. v. SECRE-
TARY OF WAR OF THE UNITED STATES. United States
Court of Appeals for the District of Columbia Circuit.
Certiorari denied. *Joseph A. Maun, Ronald S. Hazel*
and *Harry D. Ruddiman* for petitioners. *Acting Solic-
itor General Stern, Assistant Attorney General Burger,
Paul A. Sweeney* and *Benjamin Forman* for respondent.